In The ELEVENTH COURT of APPEALS
No. 11-13-00103-CR     PD-0426-15
LETICIA GONZALES VENEGAS, Appellant

V

THE STATE of TEXAS, Appellee

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 15 2015
Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS
APR 17 2015
Abel Acosta, Clerk

...eal from the 161st District Court
Ector County, Texas
Trial Court Cause No. B-37,032

MOTION FOR EXTENTION OF TIME TO FILE A PETITION FOR DISCRETIONARY REVIEW.

On March 12, 2015 a "MEMORANDUM OPINION" was filed in the Court of Appeals by Justices C.J. Wright, J. Willson, and J. Bailey affirming the judgement of the Trial Court in the above-referenced cause.

Appellant would like to enter a "PRO-SE PETITION FOR DISCRETIONARY REVIEW", but needs, and is hereby requesting, an Extention of Time to file said Petition. Appellant moves the Court to grant this request for an Extention of Time; and, in support of this motion, shows:

On March 31, 2015, Appellant went to the mailroom of her unit of residence (TDCJ-San Saba Unit) and received a letter from her attorney, Raymond K. Fivecoat, informing her of and presenting her with a copy of the Appellate Court's "MEMORANDUM OPINION". Mr. Fivecoat's letter was dated March 25, 2015 and it wasn't received on the unit by the mailroom until March 28, 2015. Appellant did not physically receive the letter until March 31, 2015, leaving only 8 days to research, compose, and file the Petition - accounting for days unavailable for Appellant to work towards the completion of such tasks, as Appellant is incarcerated and availability of resources and access to unit departments (i.e., law library, mailroom, etc) are limited. (Attached, please find evidence of the statements contained within this paragraph.)

SPECIAL CIRCUMSTANCE: Also enclosed in Mr. Fivecoat's letter was a photo copy of TEXAS RULES OF APPELLATE PROCEDURE, pgs. 69-70 (Rule 68. {68.1-68.11 with "Notes and Comments3 and Rule 69. {69.1-69.33). 68.2(c) states that a motion for an Extention of Time "complying with Rule 10.5(b)" may be filed "no later than 15 days after the last day for filing the petition". Appellant asks for the Court to give special consideration to the fact that, as of the date of this motion, Appellant has not been afforded an opportunity to research Rule 10.5(b) to ensure compliance of this Motion.

page 1

## PRAYER

Appellant prays that the Court grant this Motion for an Extention of Time to File a Petition for Discretionary Review. Appellant also prays for general relief with consideration of any possible lack of compliance to Rule 10.5(b) of the Texas Rules of Appellate Procedure.

Signed this the ___10th___ day of ___April___, 2015.

Respectfully submitted,

*Leticia Gonzales Venegas*

Leticia Gonzales Venegas, Appellant, pro se
#1863087
San Saba Unit
206 S. Wallace Creek Rd.
San Saba, TX 76877

Attachment